| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Richard Rodriguez Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1177<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13   8/18/23 |
| Case number: | 23–17167–SLM | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                          10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard Rodriguez Jr. | |
| 2. | **All other names used in the last 8 years** | aka Richard Rodriguez Junior | |
| 3. | **Address** | 54 Mehrhof Road<br>Little Ferry, NJ 07643 | |
| 4. | **Debtor's attorney**<br>Name and address | David G. Beslow<br>Goldman & Beslow, LLC<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, NJ 07017 | Contact phone 973–677–9000<br><br>Email: yrodriguez@goldmanlaw.org |
| 5. | **Bankruptcy trustee**<br>Name and address | Marie–Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004–1550 | Contact phone 973–227–2840<br>www.magtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>(800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 973–645–4764<br>Date: 8/20/23 |

**For more information, see page 2**

Debtor **Richard Rodriguez Jr.**      Case number **23–17167–SLM**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 3, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**THE LOCATION, DATE AND TIME OF THE MEETING OF CREDITORS IS SUBJECT TO CHANGE. DEBTORS, PLEASE CONSULT WITH YOUR COUNSEL. SELF REPRESENTED DEBTORS AND ALL PARTIES IN INTEREST, PLEASE REFER TO THE TRUSTEE WEBSITE AT www.magtrustee.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/4/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/27/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17167-SLM |
| Richard Rodriguez, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2023 | Form ID: 309I | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Rodriguez, Jr., 54 Mehrhof Road, Little Ferry, NJ 07643-2023 |
| 520001684 | + | Arrow Financial Services, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 520001691 | + | Capital One Bank USA, NA c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001692 | + | Capital One Bank USA, NA c/o, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520001699 | | Hackensack Anesthesiology Associates, 209 Atlantic Street, Hackensack, NJ 07601 |
| 520001702 | | Hackensack University Medical Center, Att: Celentano, Stadtmauer & Walentowic, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520001701 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520001710 | + | Portfolio Recovery Associates LLC, c/o Craner Satkin Scheer et Al, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 520001709 | + | Portfolio Recovery Associates LLC, 320 Park Avenue, Scotch Plains, NJ 07076-1100 |
| 520001712 | + | Resurgent Capital Services, 355 S Main Street, Greenville, SC 29601-2923 |
| 520001717 | + | Tha Bank of New York Mellon c/o, Specialized Loan Servicng, 6200 South Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 520001718 | + | The Bank of New York Mellon, c/o McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 South, Building F, Suite 300, Iselin, NJ 08830-3072 |
| 520001720 | + | The Bank of New York Mellon, 333 South Hope Street, Los Angeles, CA 90071-3034 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: yrodriguez@goldmanlaw.org | Aug 21 2023 20:34:00 | David G. Beslow, Goldman & Beslow, LLC, 7 Glenwood Avenue, Suite 311B, East Orange, NJ 07017 |
| tr | | Email/Text: BNC@magtrustee.com | Aug 21 2023 20:36:00 | Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Rd, Suite 330, Fairfield, NJ 07004-1550 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520001685 | + | Email/Text: kmorgan@morganlaw.com | Aug 21 2023 20:36:00 | Arrow Financial Services, c/o Morgan Bornstein Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 520001687 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 21 2023 20:34:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001686 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 21 2023 20:34:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001690 | | EDI: CAPITALONE.COM | Aug 22 2023 00:24:00 | Capital One Bank USA, NA, PO Box 85015, Richmond, VA 23285 |
| 520001688 | + | EDI: CAPITALONE.COM | Aug 22 2023 00:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, |

Case 23-17167-SLM    Doc 8    Filed 08/23/23    Entered 08/24/23 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 309I | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 520001689 | + | EDI: CAPITALONE.COM | Aug 22 2023 00:24:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520001693 | + | EDI: CCS.COM | Aug 22 2023 00:24:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520001694 | + | EDI: CCS.COM | Aug 22 2023 00:24:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520001695 | | Email/Text: bankruptcycourts@equifax.com | Aug 21 2023 20:35:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520001696 | | Email/Text: bankruptcycourts@equifax.com | Aug 21 2023 20:35:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520001697 | ^ | MEBN | Aug 21 2023 20:31:38 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520001698 | ^ | MEBN | Aug 21 2023 20:31:36 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520001700 | + | Email/Text: signed.order@pfwattorneys.com | Aug 21 2023 20:34:00 | Hackensack Anesthesiology Associates, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001703 | | EDI: IRS.COM | Aug 22 2023 00:24:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520001704 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2023 20:43:55 | LVNV Funding c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520001705 | + | Email/PDF: bankruptcy@ncfsi.com | Aug 21 2023 21:07:55 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 520001706 | | Email/Text: signed.order@pfwattorneys.com | Aug 21 2023 20:34:00 | New Century Financial Services c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520001707 | | Email/Text: signed.order@pfwattorneys.com | Aug 21 2023 20:34:00 | Palisades Collection, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001708 | + | Email/Text: ebn@vativrecovery.com | Aug 21 2023 20:35:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 520001711 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2023 20:55:48 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520001716 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 21 2023 20:34:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520001713 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 21 2023 20:36:00 | Select Portfolio Servicing, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520001714 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 21 2023 20:35:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 520001715 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 21 2023 20:35:00 | Specialized Loan Serving, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 520001719 | + | Email/Text: anthony.mancuso@bnymellon.com | Aug 21 2023 20:35:00 | The Bank of New York Mellon, 240 Greenwich Street, New York, NY 10286-0001 |
| 520001721 | ^ | MEBN | Aug 21 2023 20:31:37 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520001722 | ^ | MEBN | Aug 21 2023 20:31:37 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520001723 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 21 2023 20:36:00 | US Bank, National Association c/o, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 32

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 21, 2023 | Form ID: 309I | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2023      Signature:      /s/Gustava Winters