Certificate Number: 14912-NJ-DE-037736789

Bankruptcy Case Number: 23-17167



14912-NJ-DE-037736789

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 5, 2023</u>, at <u>3:44</u> o'clock <u>PM EDT</u>, <u>Richard Rodriguez</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>September 5, 2023</u>          By:    <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title: <u>Counselor</u>