Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17167−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Rodriguez Jr.
   aka Richard Rodriguez Junior
   54 Mehrhof Road
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−1177

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/25/23
Time:          08:30 AM
Location:      Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 12, 2023
JAN: smz

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Richard Rodriguez, Jr.  
    Debtor

Case No. 23-17167-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 132 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Rodriguez, Jr., 54 Mehrhof Road, Little Ferry, NJ 07643-2023 |
| 520001684 | + | Arrow Financial Services, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 520001691 | + | Capital One Bank USA, NA c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001692 | + | Capital One Bank USA, NA c/o, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520001699 | | Hackensack Anesthesiology Associates, 209 Atlantic Street, Hackensack, NJ 07601 |
| 520001702 | | Hackensack University Medical Center, Att: Celentano, Stadtmauer & Walentowic, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520001701 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520001709 | + | Portfolio Recovery Associates LLC, 320 Park Avenue, Scotch Plains, NJ 07076-1100 |
| 520001710 | + | Portfolio Recovery Associates LLC, c/o Craner Satkin Scheer et Al, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 520001712 | + | Resurgent Capital Services, 355 S Main Street, Greenville, SC 29601-2923 |
| 520001717 | + | Tha Bank of New York Mellon c/o, Specialized Loan Servicng, 6200 South Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 520001718 | + | The Bank of New York Mellon, c/o McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 South, Building F, Suite 300, Iselin, NJ 08830-3072 |
| 520001720 | + | The Bank of New York Mellon, 333 South Hope Street, Los Angeles, CA 90071-3034 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520001685 | + | Email/Text: kmorgan@morganlaw.com | Sep 12 2023 20:38:00 | Arrow Financial Services, c/o Morgan Bornstein Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 520001687 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 12 2023 20:36:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001686 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 12 2023 20:36:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001690 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 20:46:52 | Capital One Bank USA, NA, PO Box 85015, Richmond, VA 23285 |
| 520001688 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 20:47:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520001689 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 20:47:55 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520001693 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2023 20:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520001694 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

| Recipient | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 12 2023 20:38:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520001695 | Email/Text: bankruptcycourts@equifax.com | Sep 12 2023 20:37:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520001696 | Email/Text: bankruptcycourts@equifax.com | Sep 12 2023 20:37:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520001697 | ^ MEBN | Sep 12 2023 20:26:57 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520001698 | ^ MEBN | Sep 12 2023 20:27:55 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520001700 | + Email/Text: signed.order@pfwattorneys.com | Sep 12 2023 20:36:00 | Hackensack Anesthesiology Associates, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001703 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2023 20:37:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520001704 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:46:47 | LVNV Funding c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520001705 | + Email/PDF: bankruptcy@ncfsi.com | Sep 12 2023 20:59:21 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 520001706 | Email/Text: signed.order@pfwattorneys.com | Sep 12 2023 20:36:00 | New Century Financial Services c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520001707 | Email/Text: signed.order@pfwattorneys.com | Sep 12 2023 20:36:00 | Palisades Collection, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001708 | + Email/Text: ebn@vativrecovery.com | Sep 12 2023 20:37:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 520001711 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:48:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520009155 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:48:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520001716 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 12 2023 20:36:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520001713 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2023 20:38:00 | Select Portfolio Servicing, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520001714 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 12 2023 20:37:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 520001715 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 12 2023 20:37:00 | Specialized Loan Serving, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 520001719 | + Email/Text: anthony.mancuso@bnymellon.com | Sep 12 2023 20:37:00 | The Bank of New York Mellon, 240 Greenwich Street, New York, NY 10286-0001 |
| 520012227 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 12 2023 20:37:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520001721 | ^ MEBN | Sep 12 2023 20:28:02 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520001722 | ^ MEBN | Sep 12 2023 20:27:04 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520001723 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2023 20:38:00 | US Bank, National Association c/o, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 32

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 12, 2023 | Form ID: 132 | Total Noticed: 45 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David G. Beslow | on behalf of Debtor Richard Rodriguez Jr. yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4