| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| **Chapter 13 Standing Trustee** |
| IN RE: |
|     RICHARD RODRIGUEZ, JR. |

Order Filed on December 14, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-17167

Hearing Date:  12/13/2023

Judge:  STACEY L. MEISEL

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: December 14, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): RICHARD RODRIGUEZ, JR.

Case No.: 23-17167SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 12/13/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 12/13/2023 of the plan filed on 09/11/2023, is denied; and it is further

ORDERED, that the Debtor must file modified plan and provide the Trustee with all documents necessary in order to conduct a 341(a) meeting by 12/27/2023 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.