Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−17167−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Rodriguez Jr.
   aka Richard Rodriguez Junior
   54 Mehrhof Road
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−1177

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/2/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 2, 2024
JAN: ntp

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17167-SLM |
| Richard Rodriguez, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 02, 2024 | Form ID: 148 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Rodriguez, Jr., 54 Mehrhof Road, Little Ferry, NJ 07643-2023 |
| 520001684 | + | Arrow Financial Services, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 520001691 | + | Capital One Bank USA, NA c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001692 | + | Capital One Bank USA, NA c/o, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520001699 | | Hackensack Anesthesiology Associates, 209 Atlantic Street, Hackensack, NJ 07601 |
| 520001702 | | Hackensack University Medical Center, Att: Celentano, Stadtmauer & Walentowic, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520023915 | | Hackensack University Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E., Suite 208B, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520001701 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520001709 | + | Portfolio Recovery Associates LLC, 320 Park Avenue, Scotch Plains, NJ 07076-1100 |
| 520001710 | + | Portfolio Recovery Associates LLC, c/o Craner Satkin Scheer et Al, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 520001712 | + | Resurgent Capital Services, 355 S Main Street, Greenville, SC 29601-2923 |
| 520001717 | + | Tha Bank of New York Mellon c/o, Specialized Loan Servicng, 6200 South Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 520001718 | + | The Bank of New York Mellon, c/o McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 South, Building F, Suite 300, Iselin, NJ 08830-3072 |
| 520001720 | + | The Bank of New York Mellon, 333 South Hope Street, Los Angeles, CA 90071-3034 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 02 2024 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 02 2024 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jan 02 2024 22:23:18 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 520001685 | + | Email/Text: kmorgan@morganlaw.com | Jan 02 2024 22:24:00 | Arrow Financial Services, c/o Morgan Bornstein Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 520001687 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 02 2024 22:23:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001686 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 02 2024 22:23:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001690 | | EDI: CAPITALONE.COM | Jan 03 2024 03:15:00 | Capital One Bank USA, NA, PO Box 85015, Richmond, VA 23285 |
| 520001688 | + | EDI: CAPITALONE.COM | Jan 03 2024 03:15:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520001689 | + | EDI: CAPITALONE.COM | Jan 03 2024 03:15:00 | Capital One, Po Box 31293, Salt Lake City, UT |

Case 23-17167-SLM    Doc 27    Filed 01/04/24    Entered 01/05/24 00:16:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: 148 | Total Noticed: 51 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 84131-0293 |
| 520001693 | + EDI: CCS.COM | Jan 03 2024 03:15:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520001694 | + EDI: CCS.COM | Jan 03 2024 03:15:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520001695 | Email/Text: bankruptcycourts@equifax.com | Jan 02 2024 22:23:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520001696 | Email/Text: bankruptcycourts@equifax.com | Jan 02 2024 22:23:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520001697 | ^ MEBN | Jan 02 2024 22:22:33 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520001698 | ^ MEBN | Jan 02 2024 22:20:42 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520001700 | + Email/Text: signed.order@pfwattorneys.com | Jan 02 2024 22:23:00 | Hackensack Anesthesiology Associates, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001703 | EDI: IRS.COM | Jan 03 2024 03:15:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520063101 | EDI: JEFFERSONCAP.COM | Jan 03 2024 03:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520001704 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:33:01 | LVNV Funding c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520027300 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:33:01 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520001705 | + Email/PDF: bankruptcy@ncfsi.com | Jan 02 2024 22:45:29 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 520001706 | Email/Text: signed.order@pfwattorneys.com | Jan 02 2024 22:23:00 | New Century Financial Services c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520001707 | Email/Text: signed.order@pfwattorneys.com | Jan 02 2024 22:23:00 | Palisades Collection, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001708 | + Email/Text: ebn@vativrecovery.com | Jan 02 2024 22:23:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 520001711 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:45:20 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520009155 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:33:26 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520060353 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 02 2024 22:23:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520001716 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 02 2024 22:23:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520001713 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 02 2024 22:24:00 | Select Portfolio Servicing, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520001714 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 02 2024 22:23:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 520001715 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 02 2024 22:23:00 | Specialized Loan Serving, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 520001719 | + Email/Text: anthony.mancuso@bnymellon.com | Jan 02 2024 22:23:00 | The Bank of New York Mellon, 240 Greenwich Street, New York, NY 10286-0001 |

| | | | | |
|---|---|---|---|---|
| 520012227 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 02 2024 22:23:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520001721 | ^ | MEBN | Jan 02 2024 22:21:07 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520001722 | ^ | MEBN | Jan 02 2024 22:21:36 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520064580 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 02 2024 22:24:00 | U.S. Bank, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520001723 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 02 2024 22:24:00 | US Bank, National Association c/o, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024                      Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Richard Rodriguez Jr. yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5