**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**2** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **2** Lien Avoidance

Last revised: November 14, 2023

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### New Jersey

In Re:    **Richard Rodriguez, Jr.**            Case No.:    **23-17167**
                                                Judge:       **RG**

Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

☐ Original                ☑ Modified/Notice Required         Date:  **12/22/2023**
☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☑ 7b/ ☑ 7c.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☑ 7b/ ☑ 7c

Initial Debtor(s)' Attorney   **/s/ DGB**    Initial Debtor:  **/s/ RR**    Initial Co-Debtor  _____

**Part 1:  Payment and Length of Plan**

a. The debtor has **paid in $900.00 to date** and shall pay to the Chapter 13 Trustee **$ 300.00** monthly for **57** months starting on **December 2023**. (If tier payments are proposed) : and then $_____ per month for _____ months; $_____ per month for _____ months, for a total of **0** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
   - ☑ Future Earnings
   - ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   - ☐ Sale of real property
     Description:
     Proposed date for completion: _____

   - ☐ Refinance of real property:
     Description:
     Proposed date for completion: _____

   - ☐ Loan modification with respect to mortgage encumbering property:
     Description:
     Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

   ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:
   - ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

## Part 2: Adequate Protection        X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Marie-Ann Greenberg, Chapter 13 Trustee** | **Trustee commissions** | **Unknown, as allowed by statute** |
| **Goldman & Beslow, LLC** | **Attorneys fees and costs** | **Balance Due: $3,250.00** |
| **Domestic Support Obligation** | | **None** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **Unknown** |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | **Unknown** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:
   ☑ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| US Bank/Select Portfolio Servicing | 1st mortgage arrears | $20,280.57 -- subject to debtor's right to object to claim | N/A | $20,280.57 -- subject to debtor's right to object to claim | ongoing payments in 12/2023 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|

c. **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| Specialized Loan Servicing/Bank of New York Mellon | 54 Mehrhof Road Little Ferry, NJ 07643  Bergen County | $293,095.61 | 650,000.00 | $779,004.44 | None | N/A | Lien to be stripped off and debt treated as fully unsecured |

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| **State of New Jersey Division of Taxation** | **54 Mehrhof Road Little Ferry, NJ 07643  Bergen County** | $55,623.15 | $650,000.00 | $1,072,100.05 | **None** | **N/A** | |
| | **Personal property** | | $12,300.00 | $12,300.00 | $12,300.00 | N/A | $12,300.00 |

      2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

    e.    **Surrender** ☑ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following
collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

    f.    **Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

    g.    **Secured Claims to be Paid in Full Through the Plan:** ☑ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|

**Part 5:  Unsecured Claims**    NONE

    a.    **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

    b.    **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

**Part 6:  Executory Contracts and Unexpired Leases**    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| | | | | |

**Part 7: Motions**    NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of**
Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served

    a.    **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b.    **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Specialized Loan Servicing/Bank of New York Mellon** | 54 Mehrhof Road Little Ferry, NJ | $293,095.61 | $650,000.00 | $776,985.23 | No value | **Entire lien** |

    c.    **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **State of New Jersey Division of Taxation** | **Real and personal property** | $55,623.50 | $12,300.00 | $12,300.00 | $43,323.50 |

d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Commissions
2) Other Administrative Claims - including Attorney Fees & Costs
3) Priority Claims
4) Secured Claims
5) Lease Arrearages
6) General Unsecured Claims

d. **Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    NONE

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: **9/11/2023**.

Explain below **why** the plan is being modified:
**Plan is being modified to (i) increase plan payments to account for a secured tax lien, (ii) modify amount of mortgage arrears subject to debtor's right to object, and (iii) cram down secured tax lien to value of non-exempt personal property**

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

| | | |
|---|---|---|
| Date: | **December 22, 2023** | **/s/ Richard Rodriguez, Jr.** |
| | | **Richard Rodriguez, Jr.** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |
| Date | **December 22, 2023** | **/s/ David G. Beslow** |
| | | **David G. Beslow** |
| | | Attorney for the Debtor(s) |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 23-17167-SLM
Richard Rodriguez, Jr.                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3
Date Rcvd: Jan 02, 2024        Form ID: pdf901        Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Rodriguez, Jr., 54 Mehrhof Road, Little Ferry, NJ 07643-2023 |
| 520001684 | + | Arrow Financial Services, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 520001691 | + | Capital One Bank USA, NA c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001692 | + | Capital One Bank USA, NA c/o, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520001699 | | Hackensack Anesthesiology Associates, 209 Atlantic Street, Hackensack, NJ 07601 |
| 520001702 | | Hackensack University Medical Center, Att: Celentano, Stadtmauer & Walentowic, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520023915 | | Hackensack University Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E., Suite 208B, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520001701 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520001709 | + | Portfolio Recovery Associates LLC, 320 Park Avenue, Scotch Plains, NJ 07076-1100 |
| 520001710 | + | Portfolio Recovery Associates LLC, c/o Craner Satkin Scheer et Al, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 520001712 | + | Resurgent Capital Services, 355 S Main Street, Greenville, SC 29601-2923 |
| 520001717 | + | Tha Bank of New York Mellon c/o, Specialized Loan Servicng, 6200 South Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 520001718 | + | The Bank of New York Mellon, c/o McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 South, Building F, Suite 300, Iselin, NJ 08830-3072 |
| 520001720 | + | The Bank of New York Mellon, 333 South Hope Street, Los Angeles, CA 90071-3034 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 02 2024 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 02 2024 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jan 02 2024 22:23:20 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 520001685 | + | Email/Text: kmorgan@morganlaw.com | Jan 02 2024 22:24:00 | Arrow Financial Services, c/o Morgan Bornstein Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 520001687 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 02 2024 22:23:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001686 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 02 2024 22:23:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001690 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2024 22:33:30 | Capital One Bank USA, NA, PO Box 85015, Richmond, VA 23285 |
| 520001688 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2024 22:45:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520001689 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 02 2024 22:45:29 | Capital One, Po Box 31293, Salt Lake City, UT |

Case 23-17167-SLM    Doc 29    Filed 01/04/24    Entered 01/05/24 00:16:32    Desc Imaged
                         Certificate of Notice    Page 9 of 10

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: pdf901 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 520001693 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 02 2024 22:24:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520001694 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 02 2024 22:24:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520001695 | | Email/Text: bankruptcycourts@equifax.com | Jan 02 2024 22:23:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520001696 | | Email/Text: bankruptcycourts@equifax.com | Jan 02 2024 22:23:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520001697 | ^ | MEBN | Jan 02 2024 22:22:33 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520001698 | ^ | MEBN | Jan 02 2024 22:20:55 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520001700 | + | Email/Text: signed.order@pfwattorneys.com | Jan 02 2024 22:23:00 | Hackensack Anesthesiology Associates, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001703 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 02 2024 22:23:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520063101 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 02 2024 22:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520001704 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:45:22 | LVNV Funding c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520027300 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:45:16 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520001705 | + | Email/PDF: bankruptcy@ncfsi.com | Jan 02 2024 22:45:19 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 520001706 | | Email/Text: signed.order@pfwattorneys.com | Jan 02 2024 22:23:00 | New Century Financial Services c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520001707 | | Email/Text: signed.order@pfwattorneys.com | Jan 02 2024 22:23:00 | Palisades Collection, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001708 | + | Email/Text: ebn@vativrecovery.com | Jan 02 2024 22:23:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 520001711 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:45:24 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520009155 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:45:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520060353 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 02 2024 22:23:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520001716 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 02 2024 22:23:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520001713 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 02 2024 22:24:00 | Select Portfolio Servicing, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520001714 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 02 2024 22:23:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 520001715 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 02 2024 22:23:00 | Specialized Loan Serving, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 520001719 | + | Email/Text: anthony.mancuso@bnymellon.com | Jan 02 2024 22:23:00 | The Bank of New York Mellon, 240 Greenwich Street, New York, NY 10286-0001 |

Case 23-17167-SLM    Doc 29    Filed 01/04/24    Entered 01/05/24 00:16:32    Desc Imaged
Certificate of Notice    Page 10 of 10

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: pdf901 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 520012227 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 02 2024 22:23:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520001721 | ^ | MEBN | Jan 02 2024 22:21:09 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520001722 | ^ | MEBN | Jan 02 2024 22:21:39 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520064580 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 02 2024 22:24:00 | U.S. Bank, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520001723 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 02 2024 22:24:00 | US Bank, National Association c/o, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Richard Rodriguez Jr. yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5