# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Richard Rodriguez, Jr | CASE NO: 23-17167<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/10/2024, I did cause a copy of the following documents, described below,

Notice of Motion to Vacate Dismissal

Certification in Support of Motion

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/10/2024

/s/ David G. Beslow
David G. Beslow

Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ  07017
973 677 9000
vjackson@goldmanlaw.org

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Richard Rodriguez, Jr | CASE NO: 23-17167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/10/2024, a copy of the following documents, described below,

Notice of Motion to Vacate Dismissal

Certification in Support of Motion

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/10/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow
Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ  07017

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled ON/NO NOTICE were not served via First Class USPS Mail Service.

```
SPECIALIZED LOAN SERVICING LLC             EXCLUDE                                    ARROW FINANCIAL SERVICES
PO BOX 340514                              US BANKRUPTCY COURT                        5996 WEST TOUHY AVENUE
TAMPA FL 33694-0514                        MLK JR FEDERAL BUILDING                    NILES IL 60714-4610
33694-0514                                 50 WALNUT STREET
                                           NEWARK NJ 07102-3550


ARROW FINANCIAL SERVICES                   ASPIRE CREDIT CARD                         CAPITAL ONE
CO MORGAN BORNSTEIN MORGAN                 ATTN BANKRUPTCY                            ATTN BANKRUPTCY
1236 BRACE ROAD                            PO BOX 105555                              PO BOX 30285
SUITE K                                    ATLANTA GA 30348-5555                      SALT LAKE CITY UT 84130-0285
CHERRY HILL NJ 08034-3229


CAPITAL ONE                                (P)CAPITAL ONE                             CAPITAL ONE BANK USA NA CO
PO BOX 31293                               PO BOX 30285                               LYONS DOUGHTY  VELDHUIS PC
SALT LAKE CITY UT 84131-0293               SALT LAKE CITY UT 84130-0285               136 GAITHER DRIVE SUITE 100
                                                                                      PO BOX 1269
                                                                                      MOUNT LAUREL NJ 08054-7269


CAPITAL ONE BANK USA NA CO                 CREDIT COLLECTION SERVICES                 CREDIT COLLECTION SERVICES
PRESSLER FELT  WARSHAW                     ATTN BANKRUPTCY                            PO BOX 607
7 ENTIN ROAD                               725 CANTON ST                              NORWOOD MA 02062-0607
PARSIPPANY NJ 07054-5020                   NORWOOD MA 02062-2679


HACKENSACK ANESTHESIOLOGY ASSOCIATES        HACKENSACK ANESTHESIOLOGY ASSOCIATES       HACKENSACK UNIVERSITY MEDICAL CENTER
209 ATLANTIC STREET                        CO PRESSLER FELT  WARSHAW                  CO CELENTANO STADTMAUER  WALENTOWICZ
HACKENSACK NJ 07601                        7 ENTIN ROAD                               1035 ROUTE 46 E SUITE 208B
                                           PARSIPPANY NJ 07054-5020                   PO BOX 2594
                                                                                      CLIFTON NJ 07015-2594


INTERNAL REVENE SERVICE                    (P)JEFFERSON CAPITAL SYSTEMS LLC           LVNV FUNDING CO
PO BOX 7346                                PO BOX 7999                                RESURGENT CAPITAL SERVICES
PHILADELPHIA PA 19101-7346                 SAINT CLOUD MN 56302-7999                  PO BOX 10587
                                                                                      GREENVILLE SC 29603-0587


NEW CENTURY FINANCIAL SERVICES             (P)PRESSLER FELT  WARSHAW LLP              PALISADES COLLECTION
110 SOUTH JEFFERSON ROAD                   7 ENTIN RD                                 CO PRESSLER FELT  WARSHAW
WHIPPANY NJ 07981-1038                     PARSIPPANY NJ 07054-5020                   7 ENTIN ROAD
                                                                                      PARSIPPANY NJ 07054-5020


PALISADES COLLECTION LLC                   PORTFOLIO RECOVERY ASSOCIATES LLC          PORTFOLIO RECOVERY ASSOCIATES LLC
210 SYLVAN AVENUE                          320 PARK AVENUE                            CO CRANER SATKIN SCHEER ET AL
ENGLEWOOD CLIFFS NJ 07632-2510             SCOTCH PLAINS NJ 07076-1100                320 PARK AVENUE
                                                                                      PO BOX 367
                                                                                      SCOTCH PLAINS NJ 07076-0367


RESURGENT CAPITAL SERVICES                 RESURGENT CAPITAL SERVICES                 RESURGENT RECEIVABLES LLC
355 S MAIN STREET                          ATTN BANKRUPTCY                            RESURGENT CAPITAL SERVICES
GREENVILLE SC 29601-2923                   PO BOX 10497                               PO BOX 10587
                                           GREENVILLE SC 29603-0497                   GREENVILLE SC 29603-0587
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SELECT PORTFOLIO SERVICING<br>3815 SOUTH WEST TEMPLE STREET<br>SALT LAKE CITY UT 84115 | SPECIALIZED LOAN SERVICING<br>8742 LUCENT BLVD<br>SUITE 300<br>HIGHLANDS RANCH CO 80129-2386 | (P)STATE OF NEW JERSEY DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 |
| THA BANK OF NEW YORK MELLON CO<br>SPECIALIZED LOAN SERVICNG<br>6200 SOUTH QUEBEC STREET<br>SUITE 300<br>GREENWOOD VILLAGE CO 80111-4720 | THE BANK OF NEW YORK MELLON<br>240 GREENWICH STREET<br>NEW YORK NY 10286-0001 | THE BANK OF NEW YORK MELLON<br>333 SOUTH HOPE STREET<br>LOS ANGELES CA 90071-3034 |
| THE BANK OF NEW YORK MELLON<br>CO MCCALLA RAYMER LEIBERT PIERCE LLC<br>485F US HIGHWAY 1 SOUTH<br>BUILDING F SUITE 300<br>ISELIN NJ 08830-3072 | US BANK NATIONAL ASSOCIATION AT EL<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235 |
| US BANK NATIONAL ASSOCIATION CO<br>SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | MARIEANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD NJ 07004-1550 | RICHARD RODRIGUEZ JR<br>54 MEHRHOF ROAD<br>LITTLE FERRY NJ 07643-2023 |