# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Richard Rodriguez, Jr | CASE NO: 23-17167<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 35<br>Judge: SLM |

On 2/15/2024, I did cause a copy of the following documents, described below,

Order Vacating Dismissal of Case ECF Docket Reference No. 35

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/15/2024

/s/ David G. Beslow, Esq.
David G. Beslow, Esq.  5300

Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017
973 677 9000
yrodriguez@goldmanlaw.org

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>Richard Rodriguez, Jr | CASE NO: 23-17167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 35<br>Judge: SLM |

On 2/15/2024, a copy of the following documents, described below,

Order Vacating Dismissal of Case ECF Docket Reference No. 35

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/15/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow, Esq.
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING        ARROW FINANCIAL SERVICES              ARROW FINANCIAL SERVICES
03122                                   5996 WEST TOUHY AVENUE                 CO MORGAN BORNSTEIN MORGAN
CASE 23-17167-SLM                       NILES IL 60714-4610                    1236 BRACE ROAD
DISTRICT OF NEW JERSEY                                                         SUITE K
NEWARK                                                                         CHERRY HILL NJ 08034-3229
THU FEB 15 14-06-12 EST 2024



ASPIRE CREDIT CARD                      CAPITAL ONE                            CAPITAL ONE
ATTN BANKRUPTCY                         ATTN BANKRUPTCY                        PO BOX 31293
PO BOX 105555                           PO BOX 30285                           SALT LAKE CITY UT 84131-0293
ATLANTA GA 30348-5555                   SALT LAKE CITY UT 84130-0285



CAPITAL ONE BANK USA NA CO              CAPITAL ONE BANK USA NA CO             CREDIT COLLECTION SERVICES
LYONS DOUGHTY  VELDHUIS PC              PRESSLER FELT  WARSHAW                 ATTN BANKRUPTCY
136 GAITHER DRIVE SUITE 100             7 ENTIN ROAD                           725 CANTON ST
PO BOX 1269                             PARSIPPANY NJ 07054-5020               NORWOOD MA 02062-2679
MOUNT LAUREL NJ 08054-7269



CREDIT COLLECTION SERVICES              HACKENSACK ANESTHESIOLOGY ASSOCIATES   HACKENSACK ANESTHESIOLOGY ASSOCIATES
PO BOX 607                              209 ATLANTIC STREET                    CO PRESSLER FELT  WARSHAW
NORWOOD MA 02062-0607                   HACKENSACK NJ 07601                    7 ENTIN ROAD
                                                                               PARSIPPANY NJ 07054-5020



HACKENSACK UNIVERSITY MEDICAL CENTER    HACKENSACK UNIVERSITY MEDICAL CENTER   HACKENSACK UNIVERSITY MEDICAL CENTER
30 PROSPECT AVENUE                      ATT CELENTANO STADTMAUER  WALENTOWIC   CO CELENTANO STADTMAUER  WALENTOWICZ
HACKENSACK NJ 07601-1915                1035 ROUTE 46 EAST                     1035 ROUTE 46 E SUITE 208B
                                        PO BOX 2594                            PO BOX 2594
                                        CLIFTON NJ 07015-2594                  CLIFTON NJ 07015-2594



INTERNAL REVENE SERVICE                 (P)JEFFERSON CAPITAL SYSTEMS LLC       LVNV FUNDING CO
PO BOX 7346                             PO BOX 7999                            RESURGENT CAPITAL SERVICES
PHILADELPHIA PA 19101-7346              SAINT CLOUD MN 56302-7999              PO BOX 10587
                                                                               GREENVILLE SC 29603-0587



NEW CENTURY FINANCIAL SERVICES          PALISADES COLLECTION                   PALISADES COLLECTION LLC
110 SOUTH JEFFERSON ROAD                CO PRESSLER FELT  WARSHAW              210 SYLVAN AVENUE
WHIPPANY NJ 07981-1038                  7 ENTIN ROAD                           ENGLEWOOD CLIFFS NJ 07632-2510
                                        PARSIPPANY NJ 07054-5020



PORTFOLIO RECOVERY ASSOCIATES LLC       RESURGENT CAPITAL SERVICES             RESURGENT CAPITAL SERVICES
CO CRANER SATKIN SCHEER ET AL           355 S MAIN STREET                      ATTN BANKRUPTCY
320 PARK AVENUE                         GREENVILLE SC 29601-2923               PO BOX 10497
PO BOX 367                                                                     GREENVILLE SC 29603-0497
SCOTCH PLAINS NJ 07076-0367



RESURGENT RECEIVABLES LLC               SELECT PORTFOLIO SERVICING             SPECIALIZED LOAN SERVICING
RESURGENT CAPITAL SERVICES              3815 SOUTH WEST TEMPLE STREET          8742 LUCENT BLVD
PO BOX 10587                            SALT LAKE CITY UT 84115                SUITE 300
GREENVILLE SC 29603-0587                                                       HIGHLANDS RANCH CO 80129-2386
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)STATE OF NEW JERSEY DIVISION OF
TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

THA BANK OF NEW YORK MELLON CO
SPECIALIZED LOAN SERVICNG
6200 SOUTH QUEBEC STREET
SUITE 300
GREENWOOD VILLAGE CO 80111-4720

THE BANK OF NEW YORK MELLON
240 GREENWICH STREET
NEW YORK NY 10286-0001

THE BANK OF NEW YORK MELLON
333 SOUTH HOPE STREET
LOS ANGELES CA 90071-3034

THE BANK OF NEW YORK MELLON
CO MCCALLA RAYMER LEIBERT PIERCE LLC
485F US HIGHWAY 1 SOUTH
BUILDING F SUITE 300
ISELIN NJ 08830-3072

THE BANK OF NEW YORK MELLON TRUSTEE
(SEE 410
CO SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC STREET SUITE 300
GREENWOOD VILLAGE COLORADO 80111-4720

US BANK NATIONAL ASSOCIATION AT EL
CO SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235

US BANK NATIONAL ASSOCIATION CO
SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250

MARIEANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD NJ 07004-1550

RICHARD RODRIGUEZ JR
54 MEHRHOF ROAD
LITTLE FERRY NJ 07643-2023

**SPECIALIZED LOAN SERVICING LLC**
**P.O. BOX 340514**
**TAMPA, FL 33694-0514**