Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17167−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Rodriguez Jr.
   aka Richard Rodriguez Junior
   54 Mehrhof Road
   Little Ferry, NJ 07643

Social Security No.:
   xxx−xx−1177

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

   Notice is hereby given that an order vacating dismissal of this case was entered on 2/15/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: February 15, 2024
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 23-17167-SLM
Richard Rodriguez, Jr.                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3
Date Rcvd: Feb 15, 2024          Form ID: ntcrics          Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Rodriguez, Jr., 54 Mehrhof Road, Little Ferry, NJ 07643-2023 |
| 520001684 | + | Arrow Financial Services, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 520001691 | + | Capital One Bank USA, NA c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001692 | + | Capital One Bank USA, NA c/o, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 520001699 | | Hackensack Anesthesiology Associates, 209 Atlantic Street, Hackensack, NJ 07601 |
| 520001702 | | Hackensack University Medical Center, Att: Celentano, Stadtmauer & Walentowic, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520023915 | | Hackensack University Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 E., Suite 208B, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520001701 | + | Hackensack University Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520001709 | + | Portfolio Recovery Associates LLC, 320 Park Avenue, Scotch Plains, NJ 07076-1100 |
| 520001710 | + | Portfolio Recovery Associates LLC, c/o Craner Satkin Scheer et Al, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 520001712 | + | Resurgent Capital Services, 355 S Main Street, Greenville, SC 29601-2923 |
| 520001717 | + | Tha Bank of New York Mellon c/o, Specialized Loan Servicng, 6200 South Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| 520001718 | + | The Bank of New York Mellon, c/o McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 South, Building F, Suite 300, Iselin, NJ 08830-3072 |
| 520001720 | + | The Bank of New York Mellon, 333 South Hope Street, Los Angeles, CA 90071-3034 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2024 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2024 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 15 2024 21:06:36 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 520001685 | + | Email/Text: kmorgan@morganlaw.com | Feb 15 2024 21:06:00 | Arrow Financial Services, c/o Morgan Bornstein Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 520001687 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 15 2024 21:05:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001686 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 15 2024 21:05:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520001690 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 21:19:18 | Capital One Bank USA, NA, PO Box 85015, Richmond, VA 23285 |
| 520001688 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 21:30:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520001689 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 21:30:21 | Capital One, Po Box 31293, Salt Lake City, UT |

Case 23-17167-SLM    Doc 38    Filed 02/17/24    Entered 02/18/24 00:18:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: ntcrics | Total Noticed: 51 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | 84131-0293 |
| 520001693 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 15 2024 21:06:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520001694 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 15 2024 21:06:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520001695 | Email/Text: bankruptcycourts@equifax.com | Feb 15 2024 21:05:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520001696 | Email/Text: bankruptcycourts@equifax.com | Feb 15 2024 21:05:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520001697 | ^ MEBN | Feb 15 2024 21:04:05 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520001698 | ^ MEBN | Feb 15 2024 21:04:58 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520001700 | + Email/Text: signed.order@pfwattorneys.com | Feb 15 2024 21:05:00 | Hackensack Anesthesiology Associates, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001703 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2024 21:05:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520063101 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 15 2024 21:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520001704 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2024 21:19:04 | LVNV Funding c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520027300 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2024 21:18:47 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520001705 | + Email/PDF: bankruptcy@ncfsi.com | Feb 15 2024 21:30:12 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 520001706 | Email/Text: signed.order@pfwattorneys.com | Feb 15 2024 21:05:00 | New Century Financial Services c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520001707 | Email/Text: signed.order@pfwattorneys.com | Feb 15 2024 21:05:00 | Palisades Collection, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520001708 | + Email/Text: ebn@vativrecovery.com | Feb 15 2024 21:06:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 520001711 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2024 21:19:06 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520009155 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2024 21:19:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520060353 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 15 2024 21:05:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520001716 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 15 2024 21:05:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520001713 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 15 2024 21:06:00 | Select Portfolio Servicing, 3815 South West Temple Street, Salt Lake City, UT 84115 |
| 520001714 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 15 2024 21:05:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 520001715 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 15 2024 21:05:00 | Specialized Loan Serving, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 520001719 | + Email/Text: anthony.mancuso@bnymellon.com | Feb 15 2024 21:05:00 | The Bank of New York Mellon, 240 Greenwich Street, New York, NY 10286-0001 |

| | | | | |
|---|---|---|---|---|
| 520012227 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 15 2024 21:05:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520001721 | ^ | MEBN | | |
| | | | Feb 15 2024 21:05:12 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520001722 | ^ | MEBN | | |
| | | | Feb 15 2024 21:05:21 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520064580 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Feb 15 2024 21:06:00 | U.S. Bank, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520001723 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Feb 15 2024 21:06:00 | US Bank, National Association c/o, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Richard Rodriguez Jr. yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5