| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    RICHARD RODRIGUEZ, JR. |



Order Filed on May 23, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-17167

Hearing Date:  05/22/2024

Judge:  STACEY L. MEISEL

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 23, 2024

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): RICHARD RODRIGUEZ, JR.

Case No.: 23-17167SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/22/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/22/2024 of the plan filed on 12/06/2023, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/05/2024 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.