**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE:<br>Richard Rodriguez, Jr.,<br>aka Richard Rodriguez Junior,<br>Debtor.<br>_____/ | CASE NO.: 23-17167-SLM<br>CHAPTER 13 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3</u><br>Name of Transferee | <u>U.S. Bank, National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3</u><br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Court Claim # (if known): 9-1<br>Amount of Claim: $779,004.44<br>Date Claim Filed: 10/27/2023 |
| Phone: <u>1-800-258-8602</u><br>Last Four Digits of Acct #: <u>4223</u> | Phone: <u>1-800-258-8602</u><br>Last Four Digits of Acct #: <u>4223</u> |
| Name and Address where Transferee payments should be sent (if different from above):<br>Select Portfolio Servicing, Inc.<br>ATTN: Remittance Processing<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | |
| Phone: <u>1-800-258-8602</u><br>Last Four Digits of Acct #: <u>4223</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Anthony Santini          Date:  October 11, 2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Richard Rodriguez, Jr.
aka Richard Rodriguez Junior,
54 Mehrhof Road
Little Ferry, NJ 07643

And via electronic mail to:

David G. Beslow
Goldman & Beslow, LLC
7 Glenwood Avenue
Suite 311B
East Orange, NJ 07017

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/  Long-Giang Nguyen

Email: petnguyen@raslg.com