UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
Attorneys for Debtor, Richard Rodriguez
David G. Beslow, Esq. #DGB-5300

In Re:

RICHARD RODRIGUEZ

Case No.: __23-17167__

Judge: __SLM__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by <u>U.S. Bank Trust Company, N.A.</u>, creditor,

   A hearing has been scheduled for __November 13, 2024__, at __10:00 a.m.__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I have applied for NJ ERMA mortgage assistance and have been informed that my application was deemed complete and has moved into the underwriting process. I respectfully request that the hearing on this matter be adjourned for 30 days to permit the process to be completed so I can see how much in assistance will be made available to me. I will make a proposal to resolve thereafter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: October 28, 2024

/s/ Richard Rodriguez
Debtor's Signature

Date: 10-28-24

*Richard Rodriguez*
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*