UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Richard Rodriguez, Jr.,

Debtor.

Case No.:   23-17167-SLM

Chapter:   13

Hearing Date:   12/11/2024

Judge:   Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief re: 54 Mehrhof Road (Docket # 52)

_____

Date: 12/10/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*