| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank Trust Company,<br>National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3 | <br>**Order Filed on January 10, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Richard Rodriguez Jr., a/k/a Richard Rodriguez Junior<br>Debtor | Case No.: 23-17167 SLM<br><br>Adv. No.:<br><br>Hearing Date: 11/14/2024 10:00 a.m..<br><br>Judge: Stacey L. Meisel |

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 10, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Richard Rodriguez Jr., a/k/a Richard Rodriguez Junior
Case No: 23-17167 SLM
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 54 Mehrhof Road, Little Ferry, NJ, 07643, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David G. Beslow, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 18, 2024 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due November 2023 through December 2024 for a total post-petition default of $44,961.89 (11 @ $3,215.75; 3 @ 3,252.38 less suspense $168.50); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $44,961.89 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2025, directly to Secured Creditor's servicer, Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17167-SLM |
| Richard Rodriguez, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

**Recip ID        Recipient Name and Address**
db            + Richard Rodriguez, Jr., 54 Mehrhof Road, Little Ferry, NJ 07643-2023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

**Name                Email Address**

David G. Beslow
                on behalf of Debtor Richard Rodriguez Jr. yrodriguez@goldmanlaw.org,
                yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
                on behalf of Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-3 Asset-Backed Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Joshua I. Goldman
                on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as successor to JPMorgan Chase Bank N. A. as Indenture Trustee , on behalf of the holders of the Terwin Mortgage Trust 2006-4SL, Asset-Backed S josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 10, 2025 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6