GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:  RICHARD RODRIGUEZ, JR.          Atty:  GOLDMAN & BESLOW, LLC
54 MEHRHOF ROAD                              ATTORNEYS AT LAW
LITTLE FERRY,  NJ  07643                      7 GLENWOOD AVE, SUITE 311B
                                                            EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 23-17167

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/27/2023 | $300.00 | | 10/18/2023 | $300.00 | |
| 11/17/2023 | $300.00 | | 02/16/2024 | $300.00 | 2317167- |
| 02/16/2024 | $300.00 | 2317167- | 02/26/2024 | $300.00 | |
| 03/20/2024 | $300.00 | | 04/23/2024 | $300.00 | |
| 05/23/2024 | $300.00 | | 07/09/2024 | $300.00 | |
| 08/08/2024 | $300.00 | | 09/16/2024 | $300.00 | |
| 10/18/2024 | $600.00 | | 11/19/2024 | $300.00 | |
| 12/20/2024 | $300.00 | | | | |

**Total Receipts: $4,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 346.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARROW FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | ASPIRE CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CAPITAL ONE BANK USA, NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | HACKENSACK ANESTHESIOLOGY ASSOC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | HACKENSACK UNIVERSITY MEDICAL CE | UNSECURED | 2,152.30 | 0.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | LVNV FUNDING LLC | SECURED | 5,082.99 | 0.00% | 0.00 | 0.00 |
| 0022 | NEW CENTURY FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-17167**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0025 | PALISADES COLLECTION LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | PORTFOLIO RECOVERY ASSOCIATES LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | RESURGENT RECEIVABLES, LLC | UNSECURED | 431.91 | 0.00% | 0.00 | 0.00 |
| 0030 | NEWREZ LLC DBA SHELLPOINT MORTGA | (NEW) Prepetition A | 293,095.61 | 0.00% | 0.00 | 0.00 |
| 0033 | STATE OF NJ | SECURED | 55,623.15 | 100.00% | 0.00 | 0.00 |
| 0037 | THE BANK OF NEW YORK MELLON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0045 | LVNV FUNDING LLC | SECURED | 7,072.64 | 100.00% | 0.00 | 0.00 |
| 0046 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0047 | STATE OF NJ | UNSECURED | 3,876.63 | 0.00% | 0.00 | 0.00 |
| 0048 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 719.40 | 0.00% | 0.00 | 0.00 |
| 0049 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition A | 20,280.57 | 100.00% | 0.00 | 0.00 |
| 0050 | HACKENSACK UNIVERSITY MEDICAL CE | UNSECURED | 562.06 | 0.00% | 0.00 | 0.00 |
| 0051 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 45,510.89 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $346.50**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $4,800.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $346.50     =     Funds on Hand: $4,753.50

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.