| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | <br>Order Filed on June 11, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  23-17167 |
| IN RE:<br>    RICHARD RODRIGUEZ, JR. | Hearing Date:  06/11/2025 |
| | Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 11, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): RICHARD RODRIGUEZ, JR.

Case No.: 23-17167SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/11/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/11/2025 of the plan filed on 06/03/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan and amended Schedule I/J and provide the Trustee with proof of current income from all sources where there is a change or new sources of income by 6/25/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.